No. 747, Misc. PULLITE v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 347, Misc. HOLT v. UNITED STATES. C. A. 8th Cir. Motion to remand and petition for writ of certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Patricia R. Harris* for the United States.

No. 397, Misc. GRIFFIN v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 505, Misc. HANNA v. HOME INSURANCE Co. C. A. 5th Cir. Motion for leave to file supplement to petition for writ of certiorari granted. Certiorari denied. *Curtis E. Hill* for petitioner.

No. 565. AMERICAN DREDGING Co. v. GULF OIL CORP. ET AL., 364 U. S. 942; and
No. 548, Misc. HILDEBRANDT v. UNITED STATES, *ante,* p. 803. Petitions for rehearing denied.

MARCH 20, 1961.

No. 103. BAKER ET AL. v. CARR ET AL. Appeal from the United States District Court for the Middle District of Tennessee. (Probable jurisdiction noted, 364 U. S. 898.) Motion of Marvin Fortner et al. for leave to file brief, as *amici curiae,* granted. *Upton Sisson, Clare S. Hornsby, Walter L. Nixon, Jr.* and *John Sekul* for movants.